■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PATRICK YOUNG, Appellant. [637 NYS2d 855] —Judgment unanimously affirmed. Memorandum: Under the circumstances of this case, County Court did not abuse its discretion in denying

defendant youthful offender treatment, and we decline to exercise our interest of justice jurisdiction to grant such treatment (see, People v Parker, 222 AD2d 1122; People v Gaziano [appeal No. 1], 219 AD2d 870; cf., People v Shrubsall, 167 AD2d 929, 930). Furthermore, we conclude that the imposition of an indeterminate term of incarceration of 2 to 4 years upon defendant's conviction of attempted criminal sale of a controlled substance in the third degree, a class C felony, is neither unduly harsh nor severe (see, CPL 470.15 [6] [b]). (Appeal from Judgment of Niagara County Court, Fricano, J.— Attempted Criminal Sale Controlled Substance, 3rd Degree.) Present—Green, J. P., Fallon, Callahan, Doerr and Davis, JJ.